```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/25/12
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

EARL MANIGAULT,

                Plaintiff,                11 **CIVIL** 4307 (LAK)

    -against-                                **JUDGMENT**

THE CITY OF NEW YORK, et al.,
                Defendants.

------------------------------------------------------------X

        The issues in the above-entitled action having been brought on for trial before the Honorable Lewis A. Kaplan, United States District Judge, and a jury on July 11, 2012; Defendants having moved pursuant to Rule 50, and the Court having dismissed the case as to defendants Sgt. Irving Contreras, P.O. Kyesha Fraser, P.O. Jacob Merino, and P.O. Angelica Salmeron, and at the conclusion of the trial on July 18, 2012, the jury having returned a special verdict in favor of the defendants, it is,

## ORDERED, ADJUDGED AND DECREED: That the Complaint be and it is hereby dismissed.

DATED: New York, New York
            July 25, 2012

SO ORDERED

_____
     USDJ

                                            RUBY J. KRAJICK
                                              Clerk of Court

                             BY:
                                                Deputy Clerk

                             THIS DOCUMENT WAS ENTERED
                             ON THE DOCKET ON _____